**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANK GREEN,<br><br>    Plaintiff,<br>v.<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ROBERT EADICICCO, TONY CARVAGNO, NICHOLAS MIRCOVICH, LELA MARTIN, COTEA JONES, LAURIE PRICE, AND TOMMY SMITH,<br><br>    Defendants. | Civil Action No. 07-3910 (KSH)<br><br>**ORDER** |

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 29th day of October, 2009,

**ORDERED** that defendants' motion for summary judgment (D.E.33) is **granted** as to the plaintiff's federal claims; and it is further

**ORDERED** that because the Court has declined to exercise supplemental jurisdiction over plaintiff's state claims, the complaint is dismissed and the Clerk of the Court is directed to close this matter.

                  /s/ Katharine S. Hayden
                  Katharine S. Hayden, U.S.D.J.